# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DENICE WICKER AND LINDY WICKER, H/W, | : | No. 355 MAL 2015 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| KORMAN SERVICES, INC., | : | |
| | : | |
| Respondent | : | |
| | : | |
| AMERICAN ZURICH INSURANCE COMPANY, INTERVENER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.